UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE  ADRIANO FREIRE
       LOURDES FREIRE

     DEBTORS

                          CHAPTER 13
                          CASE NO. 09-11809-ANV

OBJECTION OF MIDFIRST BANK TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

    Now comes MidFirst Bank ("MidFirst") and files this objection to confirmation of the Debtors' Chapter 13 Plan.  In support of its objection MidFirst refers the Court to its supporting Memorandum of Law filed herewith.

    Wherefore, MidFirst respectfully requests that the Court:

(1)  Deny confirmation of the Debtor's Chapter 13 Plan; and

(2)  Grant such further relief as the Court deems just.

Date: June 19, 2009

                        MidFirst Bank,
                        By its attorney,

                        /s/ Susan W. Cody
                        Susan W. Cody, Esquire
                        RI # 6150
                        Korde & Associates, P.C.
                        321 Billerica Road, Suite 210
                        Chelmsford, MA 02184
                        (978) 256-1500
                        scody@kordeassoc.com