*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Adriano Freire and Lourdes Mendes   BK No. 1:09–bk–11809

Debtor(s)

Chapter 7

---

**ORDER DENYING (doc# 203 ) AFTER HEARING**
*Re: Motion to Compel Debtors to Surrender Property , filed by MidFirst Bank*

Upon consideration of the above– entitled document and any objection or response thereto, and after hearing, it is ORDERED that for the reasons stated by the court in its bench decision, which are incorporated herein by reference, the document (doc.# 203 ) is **DENIED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **1/18/17**

Entered on Docket: **1/18/17**
Document Number: **216 – 203**

120.jsp

---